An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR ODIAGA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 60842

**FILED**

FEB 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of seven counts of theft. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant argues that insufficient evidence was adduced at trial to support two of his convictions for theft. Specifically, he claims that because the property taken during the thefts belonged to someone other than the victim whom he took it from, the State failed to prove that he obtained property "of another person by a material misrepresentation with intent to deprive <u>that</u> person of the property or services." NRS 205.0832(1)(c) (emphasis added). Appellant does not challenge whether there was sufficient evidence that he took the money or that he had the intent to take the money from the victim.

At trial, the State presented evidence that the victim was authorized to receive money on behalf of the Flamingo Banquet Hall. Some of the money taken from the victim by appellant was the money she received on behalf of the Flamingo. Appellant argues that the money belonged to the Flamingo and not the victim, and the State failed to prove that he had the intent to deprive the Flamingo of the money.

13 - 04621

We conclude that the evidence supporting this conviction, when viewed in the light most favorable to the State, is sufficient to establish guilt beyond a reasonable doubt as determined by a rational trier of fact. NRS 205.0832(1)(c); Jackson v. Virginia, 443 U.S. 307, 319 (1979); McNair v. State, 108 Nev. 53, 56, 825 P.2d 571, 573 (1992). Because the victim was an authorized person to receive money on behalf of the Flamingo, the property was properly in the victim's possession. Since the victim had the right to possess the money, and appellant intended to deprive her of the money by material misrepresentation, there was sufficient evidence to convict him of both counts of theft. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Michelle Leavitt, District Judge
       Sanft Law, P.C.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk